# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GINA B. CALAHAN

VERSUS

LIBERTY MUTUAL INSURANCE
COMPANY AND KEITH BROUSSARD
D/B/A KEITH BROUSSARD
PAINTING

NO. 2021 CW 0505

**JULY 06, 2021**

---

In Re:    Keith  Broussard  D/B/A  Keith  Broussard  Painting,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 698110.

---

**BEFORE: CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's March 31, 2021 judgment, granting the Motion for Partial Summary Judgment filed by plaintiff, Gina B. Calahan, is vacated. The defendant, Keith Broussard d/b/a Keith Broussard Painting, has not filed an answer in response to the plaintiff's petition; consequently, the motion for summary judgment is premature. See La. Code Civ. P. art. 966(A)(1); see also **Deutsche Bank National Trust Co. v. Thomas,** 2010-1453 (La. App. 1st Cir. 2/11/11), 57 So.3d 1185. The matter is remanded to the trial court for further proceedings.

**WRC
AHP
WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT